# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimberly A. Vose<br>Richard A. Vose<br>        Debtors | BK. NO. 05-20019 TPA |
| U.S. Bank National Association, As Trustee For Prime Mortgage Trust Series 2004-CL1, its successors and/or assigns<br>        Movant<br>   v.<br>Kimberly A. Vose<br>Richard A. Vose<br>        Debtors<br>   and<br>Ronda J. Winnecour<br>        Trustee | CHAPTER 13<br><br>MOTION NO.<br>FILED UNDER LOCAL BANKRUPTCY RULE 9013.4 SECTION 6(a) |

## MOTION FOR TURNOVER OF FUNDS

Date: September 13, 2011

             **/s/ Andrew F. Gornall, Esquire**
             Andrew F. Gornall, Esquire
             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 825-6311  FAX (215) 825-6411
             Attorney for Movant/Applicant
             agornall@kmllawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kimberly A. Vose<br>           Richard A. Vose<br>                                    Debtors | BK. NO. 05-20019 TPA |
| U.S. Bank National Association, As Trustee For Prime Mortgage Trust Series 2004-CL1, its successors and/or assigns<br>                                    Movant<br>                              v.<br>Kimberly A. Vose<br>Richard A. Vose<br>                                    Debtors<br>                         and<br>Ronda J. Winnecour<br>                                    Trustee | CHAPTER 13 |

**MOTION OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR PRIME MORTGAGE TRUST SERIES 2004-CL1, ITS SUCCESSORS AND/OR ASSIGNS FOR TURNOVER OF FUNDS**

Movant, by its attorneys, KML Law Group, P.C., hereby requests an Order directing the Clerks office to issue the sum of **$14,002.66** to Movant, and in support thereof, avers as follows:.

1. Movant is U.S. Bank National Association, As Trustee For Prime Mortgage Trust Series 2004-CL1, its successors and/or assigns.

2. Debtors, Kimberly A. Vose and Richard A. Vose, are the owners of the Property at 300 Beulah Road, Butler, PA 16001 ("the Property").

3. Movant is the holder of a mortgage dated October 23, 1998 in the original principal amount of $117,000.00, which is secured by the Property.

4. The debtor's confirmed plan called for the payment of Movant's pre-petition and post-petition debt.

5. Despite treatment of Movant's claim pursuant to the plan and subsequent Trustee disbursements, Movant inadvertently returned plan monies to the Trustee.

6.      Upon receipt of the returned monies, on or about June 21, 2010, the Chapter 13 Trustee paid the sum of **$14,002.66** to the Clerk of the United States Bankruptcy Court. See attached Exhibit A.

7.      Movant seeks to have the **$14,002.66** turned over by the Clerk's office.

8.      No parties will be prejudiced by the turnover of these funds to Movant.

WHEREFORE, Movant respectfully requests that this Court enter an Order directing the Clerk's office to issue the sum of **$14,002.66** to Movant.

Date:  September 13, 2011

**/s/ Andrew F. Gornall, Esquire**
Andrew F. Gornall, Esquire
KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6311  FAX (215) 825-6411
Attorney for Movant/Applicant
agornall@kmllawgroup.com